PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Darrell Solomon Briddell     Cr.: 19-00220-001
                                                                                                               PACTS #: 16234

Name of Sentencing Judicial Officer:     THE HONORABLE RONALD L. BUCKWALTER
                                                            UNITED STATES DISTRICT JUDGE (ED/PA)

Name of Assigned Judicial Officer:       THE HONORABLE ROBERT B. KUGLER
                                                            SENIOR UNITED STATES DISTRICT JUDGE
                                                            (ASSIGNED: MARCH 28, 2019)

Date of Original Sentence: 05/02/2003

Original Offense:     Count One: 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery; a Class D Felony
                           Count Two, Four, and Six: 18 U.S.C. § 2113(d) – Armed Bank Robbery; a Class B Felony
                           Count Three and Seven: 18 U.S.C. § 924(c) – Using, Carrying, and Brandishing a Firearm during a Crime of Violence; a Class A Felony

Original Sentence: 30 months imprisonment on Counts 1 through 6 (consecutive), 90 months imprisonment on Count 7 (consecutive) for a total of 240 months imprisonment; 5 years supervised release.

Amended Sentence: Imposed on 02/13/2006; 30 months imprisonment on Counts 1 through 6 (consecutive), 90 months imprisonment on Count 7 (consecutive) for a total of 240 months imprisonment; 5 years supervised release. Sentence amended in Direct Motion to District Court Pursuant to 28 U.S.C. § 2255.

Special Conditions: $600 Special Assessment, Restitution $163,967.00

Type of Supervision: Supervised Release                  Date Supervision Commenced: 01/10/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Mr. Briddell has been marginally compliant with making payments towards his court-ordered restitution. The most recent payment made by Mr. Briddell was on August 16, 2023, in the amount of $20.00. Mr. Briddell's supervised release is set to expire on January 9, 2024, with an outstanding restitution balance of $163,226.60. The Financial Litigation Unit of the United

Prob 12A – page 2
Darrell Solomon Briddell

States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all further income tax refunds via the Treasure Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to 18 U.S.C. §§ 3554 and 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  JAVIER MARRERO
U.S. Probation Officer

/ jm

APPROVED:

ANTHONY M. STEVENS                     Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Allow Supervision to Expire as Scheduled on January 9, 2024 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

January 2, 2024
Date